UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD HARTMAN SHEERIN,

      Plaintiff,

v.                                    Case No.   8:15-cv-1811-T-33MAP

DETECTIVE WILLIAM E. HOLMES,

      Defendant.

_____/

## ORDER

This matter comes before the Court sua sponte.  The Court stays and administratively closes this case pending resolution of Sheerin's ongoing criminal prosecution, as detailed below.

## Discussion

On May 13, 2015, at approximately 10:30 PM, Sheerin was walking on a sidewalk in St. Petersburg, Florida carrying a beverage glass that he contends contained diet cola. (Doc. # 1 at 4).  As described by Sheerin, he was "not intoxicated, [], was not belligerent, [and] was not bothering anyone." (Id.). Sheerin alleges that Detective Holmes stopped Sheerin and seized the beverage glass. (Id. at 8).  According to Sheerin, after Detective Holmes smelled the contents of the glass, he placed Sheerin under arrest for violation of Pinellas County, Florida's open container ordinance.  Sheerin indicates: "The Detective did not ask me for permission to examine (search) my beverage glass. I never voluntarily consented to the Detective's search of my

beverage glass." (Id. at 9). Sheerin states that he spent 8 hours in jail and has expended time and money defending against the charges.

On August 4, 2015, Sheerin filed an action against Detective Holmes pursuant to 42 U.S.C. § 1983, alleging violation of the Fourth Amendment to the United States Constitution. (Doc. # 1). At this juncture, Detective Holmes has filed a Rule 12(b)(6), Fed. R. Civ. P., Motion to Dismiss the Complaint and has asserted the defense of qualified immunity. (Doc. # 7). Sheerin has responded to the Motion to Dismiss. (Doc. # 9).

On September 22, 2015, Sheerin filed a Case Management Report in which he indicated to the Court that his criminal charges are still pending (Doc. # 11), and on September 28, 2015, the Court held a Case Management Hearing in which the parties discussed the pending criminal proceedings. (Doc. # 12). Among other matters, Sheerin indicated that a motion to suppress is pending in the criminal action.

In light of these revelations, the Court explained to Sheerin, an attorney who is proceeding pro se, as well as to Detective Holmes, that the disposition of the present action may have a tremendous impact upon the pending criminal case. During the Case Management Hearing, counsel for Detective Holmes agreed that it would be appropriate to stay this action pending

the outcome of the criminal case; however, Sheerin decided that he would rather pursue this action without waiting for the criminal case to conclude.

Despite Sheerin's desire to move forward with his § 1983 action against Detective Holmes, common sense and comity lead the Court to stay and administratively close this action until the criminal case has been resolved at the trial court level. In so staying and administratively closing the case, the Court seeks to avoid a situation in which a federal tribunal and a state tribunal render overlapping, and possibly conflicting, decisions on case dispositive issues, such as the existence of probable cause.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   The Clerk shall **STAY AND ADMINISTRATIVELY CLOSE** this case pending resolution of the criminal action against Sheerin at the trial court level.

(2)   The parties are directed to keep the Court informed regarding the status of the criminal case by filing a joint status report on **NOVEMBER 30, 2015**, and every 60 days thereafter.

(3)   The Court will lift the stay of this action at the appropriate procedural juncture.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>29th</u>

day of September, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies: All Counsel and Parties of Record